THE SUPREME COURT OF THE STATE OF DELAWARE

IN RE BGC PARTNERS, INC.        §
DERIVATIVE LITIGATION           §      No. 359, 2022
                                §
                                §      Court Below: Court of Chancery
                                §      of the State of Delaware
                                §
                                §      C.A. No. 2018-0722

Submitted:  May 24, 2023
Decided:    August 10, 2023

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices, constituting the Court *en banc*.

## **ORDER**

This 10th day of August 2023, after consideration of the parties' briefs, the argument of counsel, and the record on appeal, it appears to the Court that the September 27, 2022 Order and Final Judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its August 19, 2022 Memorandum Opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice